Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for CTJ Investment Group LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-460-ELG |
| | ) | (Chapter 7) |
| JUSTIN THORNTON | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor CTJ Investment Group LLC and serve all pleadings and court papers upon undersigned counsel.

*[Signature on Following Page]*

Respectfully submitted,

Dated: September 24, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for CTJ Investment Group LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig