Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
Phone: (202) 921-4080
Fax: (202) 478-2781
jrhodes@tlclawfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Chapter 7 |
| JUSTIN CHRISTOPHER THORNTON, | Case No. 26-00460-ELG |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 342 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Katie Lane Chaverri, Esq. and Jeffrey Rhodes, Esq. of Tayman Lane Chaverri LLP enter their appearance as counsel to Capital Bank, N.A. in the above-captioned bankruptcy case (the "Bankruptcy Case").

PLEASE TAKE FURTHER NOTICE that the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Case be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Case:

Katie Lane Chaverri, Esq.
Jeffrey Rhodes, Esq.
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 921-4080
Facsimile: (202) 478-2781
E-mail: kchaverri@tlclawfirm.com
jrhodes@tlclawfirm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Case and proceedings therein.

Dated: September 30, 2026

**TAYMAN LANE CHAVERRI LLP**

*_/s/ Jeffrey Rhodes_*
Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
2001 L St. NW, Suite 500
Washington, D.C. 20036
Tel: (202) 921-4080
Fax: (202) 478-2781
kchaverri@tlclawfirm.com
jrhodes@tlclawfirm.com

*Attorneys for Capital Bank, N.A.*

**CERTIFICATE OF SERVICE**

I, Jeffrey Rhodes, hereby certify that on September 30, 2026, a true and correct copy of the above *Notice of Appearance and Request for Service of Papers* was served upon all parties of record via CM/ECF.

/s/ *Jeffrey Rhodes*
Jeffrey Rhodes (DC Bar No. 456371)