IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JUSTIN CHRISTOPHER THORNTON<br><br>Debtor | Chapter 7<br>Case No. 26-00460-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR TREATY OAK MORTGAGE TRUST<br><br>Movant<br>v.<br><br>JUSTIN CHRISTOPHER THORNTON, and MORGAN FISHER, Trustee<br><br>Respondents | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust (“Movant”) by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay as it pertains to real property located at 1717 Corcoran St. NW, Washington, DC 20009 (the “Property”), and, as grounds therefore, states as follows:

1. This proceeding seeking relief under 11 U.S.C. § 362(d) is a contested matter within the meaning of Fed. R. Bankr. P. 4001 and 9014, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

Daniel K. Eisenhauer, Bar # 85242
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310

2. On September 4, 2026, the above named Debtor, Justin Christopher Thornton ("Debtor"), filed in this court a Petition under Chapter 7 of the United States Bankruptcy Code. Morgan Fisher was appointed Chapter 7 Trustee.

3. On or about February 12, 2020, Debtor and Jennifer Castillo ("Obligors") executed and delivered to ENK Capital LLC, a Maryland limited liability company, a Note in the amount of ONE MILLION NINE HUNDRED FIFTY TWO THOUSAND THREE HUNDRED DOLLARS AND NO CENTS ($1,952,300.00), plus interest at the fixed rate of 9.50% per annum to be paid over thirty (30) years. A copy of the Note is attached as **Exhibit A** and incorporated herein.

4. To secure the repayment of the sums due under the Note, the Obligors executed and delivered to ENK Capital LLC, a Maryland limited liability company a Deed of Trust dated February 12, 2020 encumbering the real property ("Property") described as:

> Lot One Hundred Sixty-Nine (169) in T. Franklin Schneider's subdivision of Lots in Square numbered One Hundred Fifty-five (155), per plat recorded in Liber 15 at folio 153 of the Records in the Office of the Surveyor for the District of Columbia.
>
> At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for assessment and taxation purposes as Lot 169 in Square 155.

which has the address of 1717 Corcoran St. NW, Washington, DC 20009. The Deed of Trust was recorded in the Clerk's Office of Washington, DC on February 24, 2020. A copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5. The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust. A copy of the Assignments are attached as **Exhibit C** and incorporated herein.

6. NewRez LLC dba Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

7. As of September 30, 2026, the Debtor owes an unpaid principal balance of $1,952,300.00 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

8. As of September 30, 2026, the total payoff amount due is $3,927,950.30 as the loan has matured.

9. The estimated value of the property is $1,282,240.00, according to the BPO, a copy of which is attached as **Exhibit D** and incorporated herein.

10. The Debtor is in default under the Note.

11. The Debtor has not and cannot offer Movant adequate protection of its interest in the Property and Movant avers it is not adequately protected.

13. That the Debtor's account delinquency constitute cause for relief from the

automatic stay.

WHEREFORE, Movant prays that this Court issue an order terminating or modifying the Automatic Stay under 11 U.S.C. § 362 as to the Property, and granting the following:

a. Relief from the Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

b. That the 14 day stay described by Bankruptcy Rule 4001(a)(4) be waived.

c. For such other relief as the Court deems proper.

Date: _October 23, 2026___

Respectfully submitted,

__/s/ Daniel Eisenhauer_________________

Daniel Eisenhauer, Esq.
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
dan.eisenhauer@decubaslewis.com
Bar Number: 888314169