IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JUSTIN CHRISTOPHER THORNTON<br><br>Debtor | Chapter 7<br>Case No. 26-00460-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR TREATY OAK MORTGAGE TRUST<br><br>Movant<br>v.<br><br>JUSTIN CHRISTOPHER THORNTON, and MORGAN FISHER, Trustee<br><br>Respondents | |

**NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN that a hearing on the Motion for Relief has been scheduled pursuant to 13 U.S.C. Sec. 362 as follows:

Date: December 2, 2026 Time: 09:30am

before the Honorable Elizabeth L. Gunn United States Bankruptcy Judge, United States Courthouse, 333 Constitution Ave., N.W., Washington, DC 20001 in both Courtroom 1 and also held remotely via Zoom for Government. Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom information for this hearing.

Date: _October 23, 2026___ Respectfully submitted,

__/s/ Daniel Eisenhauer_______________

Daniel Eisenhauer, Esq.
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
Dan.eisenhauer@decubaslewis.com
Bar Number: 888314169

**CERTIFICATE OF SERVICE**

The undersigned states that on October 23, 2026, copies of the foregoing Notice of Motion were filed with the Clerk of the Court and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Motion to the following participants:

Justin Christopher Thornton
1207 I Street NE
Washington, DC 20002
Debtor

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
Attorney for the Debtor

Morgan Fisher
Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401
Trustee

__/s/ Daniel Eisenhauer______
Daniel Eisenhauer, Esquire