N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JUSTIN CHRISTOPHER THORNTON<br><br>Debtor | Chapter 7<br>Case No. 26-00460-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR TREATY OAK MORTGAGE TRUST<br><br>Movant<br>v.<br><br>JUSTIN CHRISTOPHER THORNTON, and MORGAN FISHER, Trustee<br><br>Respondents | |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION**

**-**

**PLEASE TAKE NOTICE THAT WITHIN SEVENTEEN (17) DAYS AFTER FILING OF THIS MOTION** you must file and serve a written objection to the motion, together with the proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, DC 20001, and served (by delivering or mailing of a copy) upon the undersigned. The objection must contain a complete satisfaction of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Date: _October 23, 2026_

Respectfully submitted,

__/s/ Daniel Eisenhauer_______________

Daniel Eisenhauer, Esq.
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
Dan.eisenhauer@decubaslewis.com
Bar Number: 888314169

**CERTIFICATE OF SERVICE**

The undersigned states that on October 23, 2026, copies of the foregoing Notice of Deadline to File and Serve Objection to Motion were filed with the Clerk of the Court and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Deadline to File and Serve Objection to Motion to the following participants:

Justin Christopher Thornton
1207 I Street NE
Washington, DC 20002
Debtor

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
Attorney for the Debtor

Morgan Fisher
Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401
Trustee

__/s/ Daniel Eisenhauer________
Daniel Eisenhauer, Esquire