IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JUSTIN CHRISTOPHER THORNTON<br><br>Debtor | Chapter 7<br>Case No. 26-00460-ELG |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR TREATY OAK MORTGAGE TRUST<br><br>Movant<br>v.<br><br>JUSTIN CHRISTOPHER THORNTON, and MORGAN FISHER, Trustee<br><br>Respondents | |

**ORDER TERMINATING AUTOMATIC STAY**

Daniel K. Eisenhauer, Esquire
Attorney for Movant
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust ("Movant"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the Automatic Stay imposed by 11 U.S.C. § 362 is terminated permitting Movant, and its successors and assigns, to exercise its rights under applicable law against the property; and Movant is allowed to enforce the lien of its Deed of Trust as it pertains to real property located at 1717 Corcoran St. NW, Washington, DC 20009 (the "Property") and it is more particularly described as follows:

> Lot One Hundred Sixty-Nine (169) in T. Franklin Schneider's subdivision of Lots in Square numbered One Hundred Fifty-five (155), per plat recorded in Liber 15 at folio 153 of the Records in the Office of the Surveyor for the District of Columbia.
>
> At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for assessment and taxation purposes as Lot **169** in Square **155**.

which relief shall extend to the purchaser as to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not

limited to loan modification, deed in lieu or other loss mitigation alternatives; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED**, that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

I ASK FOR THIS:

__/s/ Daniel Eisenhauer__________
Daniel Eisenhauer, Bar #85242
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310
Attorney for the Movant

Copies to:

Daniel K. Eisenhauer, Esquire
Attorney for Movant
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310

Justin Christopher Thornton
1207 I Street NE
Washington, DC 20002
Debtor

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
Attorney for the Debtor

Morgan Fisher
Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401
Trustee

**END OF ORDER**