# United States Bankruptcy Court
## District of Columbia

In re **Justin Christopher Thornton** Debtor(s)

Case No. **26-00460**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule F, Statement of Financial Affairs**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:**The OA Agency**
**8700 Normal School Road**
**Bowie, MD 20715**

**ASHLEY JOHNSON**
**10405 Fernwood Road**

**Ashley Johnson**

**Brendan Kull**

**The OA Agency**

Date: **November 6, 2026**

**Justin P. Fasano**
Attorney for Debtor(s)
**McNamee Hosea, P.A.**
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**