Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for CTJ Investment Group LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-460-ELG |
| | ) | (Chapter 7) |
| JUSTIN THORNTON | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| CTJ INVESTMENT GROUP, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN THORNTON | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY**

NOTICE IS HEREBY GIVEN that the CTJ Investment Group L.L.C. has filed a motion for relief from the automatic stay, so as to foreclosure upon that certain parcel of real property commonly known as 1207 I Street, NE, Washington, D.C. 20002 alongside any and all improvements thereupon (the "Motion").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE NOVEMBER 25, 2026, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington,

D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motions has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for December 2, 2026 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: November 14, 2026

By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for CTJ Investment Group L.L.C.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

I FURTHER CERTIFY that a copy of this motion—alongside the notice filed herewith—is being served upon (i) Justin Fasano, Esq., via CM/ECF (on November 14, 2026); (ii) the chapter 7 trustee, via CM/ECF (on November 14, 2026); and (iii) Justin Thornton, 1717 Corcoran Street, NW, Washington, DC 20009, via US Mail, postage prepaid (on November 16, 2026).

/s/ Maurice B. VerStandig
Maurice B. VerStandig