IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-460-ELG |
| | ) | (Chapter 7) |
| JUSTIN THORNTON | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| CTJ INVESTMENT GROUP, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN THORNTON | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Upon consideration of the *Motion for Relief from Stay* (the "Motion") filed by CTJ Investment Group L.L.C. ("CTJ"), seeking leave to foreclosure upon 1207 I Street, NE, Washington, D.C. 20002 alongside any and all improvements thereupon (collectively, the "Property"), the authorities cited in the Motion, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that CTJ may foreclosure upon the Property and retain the proceeds thereof, without accounting to this Honorable Court for the same, so long as such proceeds not exceed the sum of the debtor's obligation to CTJ.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for CTJ Investment Group L.L.C.*