Certificate Number: 15317-DC-DE-041674035

Bankruptcy Case Number: 26-00460

15317-DC-DE-041674035

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2026, at 10:05 o'clock AM PST, Justin Thornton completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Columbia.

Date: November 13, 2026

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor